# ANDERSON LAW

104 W 27th Street, 11th Floor, New York, NY 10001

212.466.6570
info@andersonlaw.nyc
andersonlawnyc.com

November 13, 2025

Via ECF
The Honorable John G. Koeltl
United States District Judge
U.S. District Court for the Southern District of New York
United States Courthouse
500 Pearl St, New York, NY 10007-1312

APPLICATION GRANTED
SO ORDERED

_/s/ John G. Koeltl_
John G. Koeltl, U.S.D.J.

11/17/25

RE: *Bernardo Jose Gomez v. 143-45 Wadsworth Avenue Housing Development Fund Corporation, et al.*; Civil Action No. 1:25-cv-08301-JGK

Dear Hon. Judge John G. Koeltl:

    I am counsel for Defendant 143-45 Wadsworth Avenue Housing Development Fund Corporation and respectfully write to request a 30-day adjournment of the current due date for Defendant's answer in the above-referenced matter. This request is being made as a result of Defendant's insurance carrier's denial of coverage, which was provided to Defendant's counsel via email on November 11, 2025. My firm has conferred with opposing counsel regarding this request, and they consented to an adjournment on November 12, 2025 and confirmed their consent for the length of the adjournment on November 13, 2025.

    This is the first request for an adjournment concerning the due date for the answer and the first request for accommodation in this matter by our firm overall.

    The answer due date is currently set for November 12, 2025. The new due date should therefore be set for December 12, 2025.

    We thank you for Your Honor's time and consideration of this request.

Respectfully submitted,

/s/Gregory A. Byrnes

Gregory A. Byrnes

1