UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Bernardo Jose Gomez,

                        Plaintiff,           25-cv-8301 (JGK)

       - against -              ORDER

143-45 Wadsworth Avenue Housing
Development Fund Corporation, et
al.,

                       Defendants.

---

JOHN G. KOELTL, District Judge:

On October 7, 2025, the plaintiff filed the complaint in this case. ECF No. 1. The defendant answered the complaint on December 12, 2025. ECF No. 11.

The parties are therefore directed to submit a Rule 26(f) report by **January 12, 2026.**

SO ORDERED.

Dated:    New York, New York
          December 15, 2025

                                 John G. Koeltl
                    United States District Judge