UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
BERNARDO JOSE GOMEZ,

               Plaintiff(s)

          -against-

143-45 WADSWORTH AVENUE HOUSING
DEVELOPMENT FUND CORPORATION, et al.,
               Defendant(s).
------------------------------------------------------------------X

               25 civ 8301 (JGK)

## ORDER

The conference scheduled for Tuesday, February 10, 2026, at 12:30pm, is canceled.

**SO ORDERED.**

                                  _____
                                    **JOHN G. KOELTL**
                        **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       February 4, 2026