UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bernardo Jose Gomez,

                     Plaintiff,          25-cv-8301 (JGK)

      - against -           ORDER

Arelys Betance, et al.,

                    Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by

February 24, 2026.

SO ORDERED.

Dated:    New York, New York
           February 10, 2026

                                John G. Koeltl
                 United States District Judge