UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Bernardo Jose Gomez,
                    Plaintiff,                 25-cv-8301 (JGK)

        - against -                            ORDER

Arelys Betance, et al.,
                    Defendants.

---

JOHN G. KOELTL, District Judge:

The parties were directed to advise the Court by letter by March 23, 2026, whether they had reached a settlement in this case. To date, no such letter has been filed. The time for the parties to file a letter indicating whether a settlement has been reached is extended to **April 15, 2026.**

If the parties have reached a settlement in this case, they should attach the settlement agreement and explain why they believe the settlement, including any provision for attorneys' fees, is fair. The Court will reserve decision on whether to so-order the voluntary dismissal until it receives the parties' submission.

SO ORDERED.

Dated:    New York, New York
          April 8, 2026

                                      John G. Koeltl
                              United States District Judge